JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARKADY TSIBEL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | Case No.: 2:22-cv-03128-PA-MRW<br><br>ORDER GRANTING PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

　　Pursuant to the parties' Stipulation to Dismiss with Prejudice, IT IS HEREBY ORDERED this case is dismissed with prejudice. IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

DATED: January 2, 2023

_____
Percy Anderson
United States District Judge